THE CITY OF ROCHESTER, Appellant, *v.* ROCHESTER RAILWAY COMPANY, Respondent.

(Submitted October 16, 1905; decided October 17, 1905.)

Motion for reargument denied. Motion to amend remittitur granted so as to strike out the provision for a new trial and to direct the Supreme Court to award final judgment for the amount claimed in the complaint and for interest and costs and motion to amend in other respects denied. (See 182 N. Y. 99.)